No. 161. SCOLNICK ET UX. *v.* LEFKOWITZ ET AL. C. A. 2d Cir. Certiorari denied. Petitioners *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Philip Kahaner* and *Herbert J. Wallenstein,* Assistant Attorneys General, for respondents.

No. 163. ORLANDO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Melvin B. Lewis* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 167. ATLANTIC CITY, NEW JERSEY *v.* CAPOROSSI. C. A. 3d Cir. Certiorari denied. *Samuel P. Orlando* and *George W. Shadoan* for petitioner. *Ralph W. Campbell* for respondent.

No. 168. CHICAGO & EASTERN ILLINOIS RAILROAD CO. ET AL. *v.* KERN ET AL. Appellate Court of Illinois, First District. Certiorari denied. *James A. Velde* for petitioners. *Mayer Goldberg* for respondents.

No. 170. ZAFFARANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Vincent Hallinan* and *Carl B. Shapiro* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 173. ALLEN ET AL. *v.* BROWN ET AL. C. A. 4th Cir. Certiorari denied. *Geo. Stephen Leonard* for petitioners. *David W. Robinson* for nonpetitioning School District parties in support of the petition.